PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO MENDOZA SANCHEZ,<br><br>Defendant. | CASE NO. 1:24-CR-00033-NODJ-BAM<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS<br><br>Hearing Date: March 13, 2024<br>Hearing Time: 2:00 p.m. |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:    Eduardo Mendoza Sanchez

Detained at (custodian):    Fresno County Jail

Detainee is:

a.)    ☒ charged in this district by:    [X] Indictment    ☐ Information  ☐ Complaint

or

b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

a.)    [ ] return to the custody of detaining facility upon termination of proceedings or

b.)    [ X ] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on **March 13, 2024, at 2:00 p.m.** in the Eastern District of California.

WRIT OF HABEAS CORPUS    1

Dated:  March 11, 2024

    Signature:                    /s/ Justin J. Gilio

    Printed Name:          Justin J. Gilio

    Attorney of Record for:   United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *on March 13, 2024*, for an appearance at *2:00 p.m.* and the detainee shall be retained in federal custody until final disposition of federal charges.

IT IS SO ORDERED.

Dated:  **March 11, 2024**

UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | ☒Male  ☐Female |
| JID #: | 7041973 | DOB: |
| Facility Address: | 1225 M St, Fresno, CA 93721 | Race: |
| Facility Phone: | (559) 600-8600 | FBI#: |
| Currently Incarcerated For: | | |

**RETURN OF SERVICE**

Executed on: _____

(signature)

WRIT OF HABEAS CORPUS        3