Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
EDUARDO MENDOZA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDUARDO MENDOZA SANCHEZ<br>Defendant. | No. 1:24-cr-000033-DAD-EPG-4<br><br>STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER THERON<br><br>Date: November 16, 2026<br>Time: 10:00 am<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Calvin Lee, Counsel for Plaintiff, and Marc Days, Counsel for Defendant Eduardo Mendoza Sanchez, that the sentencing hearing currently set for September 14, 2026, at 10:00 a.m., may be rescheduled to November 16, 2026, at 10:00 a.m., in Courtroom 5 before District Judge Dale A. Drozd in Fresno. Due to defense counsel's unavailability the probation interview of defendant did not timely occur to allow probation sufficient time to complete the draft presentence report. The interview of defendant has occurred and the requested continuance is necessary to allow probation time complete the draft report. This continuance will conserve time and resources for both counsel and the court.

Because the Defendant has pled guilty and the matter is set for sentencing, the Speedy Trial Act is not applicable.

///

Respectfully submitted,

ERIC GRANT
United States Attorney

Dated: August 19, 2026

/s/ *Calvin Lee*
CALVIN LEE
Assistant United States Attorney
Attorney for Plaintiff

Dated: August 19, 2026

/s/ *Marc Days*
MARC DAYS
Attorney for Defendant
Eduardo Mendoza Sanchez

**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently set for September 14, 2026, is continued to November 16, 2026, at 10:00 a.m., in Courtroom 5 of the Fresno courthouse.

IT IS SO ORDERED.

Dated: **August 19, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE